Brett N. Taylor (SBN: 274400)
btaylor@cozen.com
Matthew E. Lewitz (SBN: 325379)
Email: mlewitz@cozen.com
Gianna Puccinelli (SBN: 311313)
gpuccinelli@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310.393.4000
Facsimile: 310.394-4700

Attorneys for Defendant
Samba TV, Inc.

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MCDONALD, STEVE DELLASALA, BOB WARDEN, and VINCE TOPHONEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMBA TV, INC.,<br><br>Defendant. | Case No.: 3:25-cv-03470-JSC<br><br>**DECLARATION OF CHI-FENG (FYNN) CHEN IN SUPPORT OF DEFENDANT SAMBA TV, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date: October 9, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Judge: Hon. Jacqueline Scott Corley<br><br>Complaint Filed: April 18, 2025<br><br>[Served and Filed Concurrently with Notice of Motion and Motion to Dismiss Plaintiffs' Complaint, Memorandum of Points and Authorities, Request for Judicial Notice and [Proposed] Order] |

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

I, Chi-Feng (Fynn) Chen, hereby declare as follows:

1. I am over eighteen years of age, suffer no legal disability, and am otherwise competent to testify to the matters stated herein. I have personal knowledge of the facts stated herein, except those stated upon information and belief, which facts I believe to be true, and could and would competently testify as to the truth of the same if requested to do so.

2. Samba TV, Inc. ("Samba") is a technology company that provides audience research and analytics based on our proprietary television viewership data.

3. I am a full stack engineer employed by Samba TV, Inc. I have been employed by Samba TV since November 4, 2019.

4. As a full stack engineer, my responsibilities include publishing Samba TV's privacy policy provided by our legal department.

5. The way I have designed our technical systems, when I publish our privacy policy, it is updated across both our company devices and Samba TV's televisions. As a result, consumers are presented with the most recent Samba TV privacy policy, as long as they are connected to the internet. More specifically, I upload the latest privacy policy on Samba TV's Content Delivery Network (CDN), and our televisions and website download it from the system.

6. Attached hereto as **Exhibit 1** is a true and correct copy of Samba's current Privacy Policy, dated June 23, 2025 ("2025 Privacy Policy"). Since June 23, 2025, the 2025 Privacy Policy has been publicly available online at https://www.samba.tv/users/privacy-policy?lang=en. Further, the 2025 Privacy Policy is also available, displayed, and hyperlinked in the Samba Prompt and Samba Settings Screen.

7. Attached hereto as **Exhibit 2** is a true and correct copy of the previous version of Samba's Privacy Policy, dated June 4, 2024 ("2024 Privacy Policy"). Between June 4, 2025, and June 23, 2025, the 2024 Privacy Policy was made available, displayed, and hyperlinked in the Samba Prompt and Samba Settings Screen. During that same time, the 2024 Privacy Policy was publicly available online at https://www.samba.tv/users/privacy-policy?lang=en.

8. Attached hereto as **Exhibit 3** is a true and correct copy of a prior version of

Samba's Privacy Policy, dated November 14, 2023 ("2023 Privacy Policy"). Between November 14, 2023, and June 23, 2024, the 2023 Privacy Policy was available, displayed, and hyperlinked in the Samba Prompt and Samba Settings Screen. During that same time, the 2023 Privacy Policy Was publicly available online at https://www.samba.tv/users/privacy-policy?lang=en.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 1st day of August 2025, at Taipei, Tawain.

Chi-Feng Chen
Chi-Feng Chen (Aug 2, 2025 00:18:44 GMT+8)

Chi-Feng (Fynn) Chen

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401