Brett N. Taylor (SBN: 274400)
btaylor@cozen.com
Matthew E. Lewitz (SBN: 325379)
Email: mlewitz@cozen.com
Gianna Puccinelli (SBN: 311313)
gpuccinelli@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310.393.4000
Facsimile: 310.394-4700

Attorneys for Defendant
Samba TV, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MCDONALD, STEVE DELLASALA, BOB WARDEN, and VINCE TOPHONEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMBA TV, INC.,<br><br>Defendant. | Case No.: 3:25-cv-03470-JSC<br><br>**DECLARATION OF TONY TSENG IN SUPPORT OF DEFENDANT SAMBA TV, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date: October 9, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Judge: Hon. Jacqueline Scott Corley<br><br>Complaint Filed: April 18, 2025<br><br>[Served and Filed Concurrently with Notice of Motion and Motion to Dismiss Plaintiffs' Complaint, Memorandum of Points and Authorities, Request for Judicial Notice and [Proposed] Order] |



COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

I, Tony Tseng, hereby declare as follows:

1. I am over eighteen years of age, suffer no legal disability, and am otherwise competent to testify to the matters stated herein. I have personal knowledge of the facts stated herein, except those stated upon information and belief, which facts I believe to be true, and could and would competently testify as to the truth of the same if requested to do so.

2. Samba TV, Inc. ("Samba") is television data and analytics company. Our products are based on our proprietary viewership information.

3. I am a Director of Engineering at Samba TV, Inc. I have been employed since October 2015. I manage the Television (TV) Platform Department, which is responsible for implementation of Samba TV's Automated Content Recognition ("ACR") software on televisions that collect the viewership signals we translate to normalized, production viewership data.

4. Samba's ACR software does not collect and generate viewership signals from a consumer's Sony Smart TV unless the consumer consents by affirmatively opting into and enabling the software on their television.

5. Samba TV thus only collects ACR viewership signals from a Sony Smart TV if the consumers "opts-in." This has always been the case on all Sony Smart TVs.

6. Samba's ACR software can be enabled to collect and process viewership signals on a Sony Smart TV in only one of two ways: (1) by a consumer affirmatively enabling the software at the time of initial setup and installation of the television through a prompt entitled "Samba Interactive TV," or (2) by a consumer manually enabling the software through the television's "Settings" menu.

7. In the first scenario, a consumer is presented with the "Samba Interactive TV" prompt upon installation of their Sony Smart TV (the "Samba Prompt"). The Samba Prompt identifies four features that a consumer can enable with respect to the ACR software: (1) "Samba Interactive TV;" (2) "Ad Personalization;" (3) "Analytics & Measurement;" and (4) "Third Party Licensing." A consumer is presented with the ability to select any one or more of these options, including an "Accept All" option that activates all four features. The Samba Prompt conspicuously displays a written disclaimer that "By choosing Accept All, you consent to Samba

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

TV collecting and processing viewership information from this television for all of the listed purposes. You may also choose to customize your preferences. Save & Exit to confirm your choices." The Samba Prompt further discloses that "You can enable, disable or manage your privacy preferences at any time through the settings on your television."

8. The Samba Prompt also surfaces Samba TV's Privacy Policy so that the consumer may read it prior to making their decision.

9. As a result, the consumer has the choice to accept the default settings by declining to activate Samba Interactive TV and choosing "Save & Exit." In that event, the ACR software remains disabled on a Sony Smart TV unless and until activated manually at a later time by the consumer.

10. In the second scenario, regardless of whether a consumer affirmatively enables the ACR software at the time they are presented with the Samba Prompt, they can always enable, disable, or manage privacy settings relating to the ACR software at any future time by visiting the "Settings" feature on the Sony Smart TV. The "Samba Interactive TV" screen displayed on the Sony Smart TV's "Settings" tab allows a consumer to toggle a digital button to enable or disable the ACR software (the "Samba Settings Screen"). The Samba Settings Screen discloses that "By enabling, you are agreeing to the Samba TV Terms of Service and Privacy Policy." Like in the case of the Samba Prompt, the Samba Settings Screen also conspicuously allows the consumer to navigate and review the latest version of Samba TV's Terms of Service and Privacy Policy.

11. The consumer's privacy preferences are communicated to Samba TV's Data Privacy Platform where they are stored to ensure that any information collected from the device is processed consistent with the consumer's preferences. In some television models, the preferences are also stored locally.

12. If the user has not provided consent for the "Samba Interactive TV" feature, no viewership signals will be collected and processed from that device.

I declare under penalty of perjury under the laws of the State of California and the United

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

States that the foregoing is true and correct.

Executed this 1st day of August 2025, at Taipei, Taiwan.

Tony Tseng
Tony Tseng (Aug 2, 2025 08:02:21 GMT+8)

TONY TSENG

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401