Brett N. Taylor (SBN: 274400)
btaylor@cozen.com
Matthew E. Lewitz (SBN: 325379)
Email: mlewitz@cozen.com
Gianna Puccinelli (SBN: 311313)
gpuccinelli@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310.393.4000
Facsimile: 310.394-4700

Attorneys for Defendant
Samba TV, Inc.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MCDONALD, STEVE DELLASALA, BOB WARDEN, and VINCE TOPHONEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMBA TV, INC.,<br><br>Defendant. | Case No.: 3:25-cv-03470-JSC<br><br>**DECLARATION OF EMANUELE MAZZONI IN SUPPORT OF DEFENDANT SAMBA TV, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date: October 9, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Judge: Hon. Jacqueline Scott Corley<br><br>Complaint Filed: April 18, 2025<br><br>[Served and Filed Concurrently with Notice of Motion and Motion to Dismiss Plaintiffs' Complaint, Memorandum of Points and Authorities, Request for Judicial Notice and [Proposed] Order] |

I, Emanuele Mazzoni, hereby declare as follows:

1. I am over eighteen years of age, suffer no legal disability, and am otherwise competent to testify to the matters stated herein. I have personal knowledge of the facts stated herein, except those stated upon information and belief, which facts I believe to be true, and could and would competently testify as to the truth of the same if requested to do so.

2. Samba TV, Inc. ("Samba") is a leading television technology company that provides audience research and analytics based on viewership information collected from televisions.

3. I am a Director of Engineering at Samba TV, Inc. I have held this position since February 2, 2019. Specifically, I manage the team responsible for Samba TV's content identification system (Content ID) that collects and processes the raw signals from televisions; and our Data Privacy Platform that collects and stores the consumer privacy preferences consumers set on their television.

4. From these raw signals we distill raw viewership information that supports our products and services.

5. To perform this responsibility, it is imperative that I am intimately familiar regarding how and under what circumstances signals are collected from televisions and processed downstream in accordance with the consumers' privacy preferences.

6. Samba's Automatic Content Recognition ("ACR") software has been installed in Sony Smart TVs at least since 2015. Samba's ACR collects the raw viewership signals we normalize through our technical systems.

7. Samba ACR software's collection of viewership signals is disabled by default and does not begin to run on a consumer's Sony Smart TV unless and until a consumer affirmatively consents to enabling the software on their television. In other words, the collection of ACR viewership signals from a Smart TV is "opt-in" only. Upon information and belief, this "opt-in only" setting for viewership signals has always been in place on all Sony Smart TVs.

8. The Consumer privacy preferences are stored either in the Data Privacy Platform and, in some cases, also locally on the television storage memory (depending on the television's

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

software version). If the user has not provided consent for the "Samba Interactive TV" feature, no viewership signals will be collected from that device, and the device will not generate any associated viewership data.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 1st day of August 2025, at Austin, Texas.

Emanuele Mazzoni
Emanuele Mazzoni (Aug 1, 2025 10:59:13 PDT)

Emanuele Mazzoni

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401