Matthew E. Lewitz (SBN: 325379)
Email: mlewitz@cozen.com
Brett N. Taylor (SBN: 274400)
btaylor@cozen.com
Gianna Puccinelli (SBN: 311313)
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310.393.4000
Facsimile: 310.394-4700

Melissa Siebert (*Pro Hac Vice* Forthcoming)
Email: msiebert@cozen.com
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312.382.3100
Facsimile: 312.382.8910

Attorneys for Defendant
Samba TV, Inc.

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MCDONALD, STEVE DELLASALA, BOB WARDEN, and VINCE TOPHONEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAMBA TV, INC.,<br><br>Defendant. | Case No.: 3:25-cv-03470-JSC<br><br>**DEFENDANT SAMBA TV, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MATTHEW E. LEWITZ**<br><br>Date: October 9, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Judge: Hon. Jacqueline Scott Corley<br><br>Complaint Filed: April 18, 2025<br><br>[Served and Filed Concurrently with Notice of Motion and Motion to Dismiss Plaintiffs' Complaint; Memorandum of Points and Authorities; Declaration of Chi-Feng (FYNN) Chen; Declaration of Emanuele Mazzoni; Declaration of Tony Tseng; [Proposed] Order] |

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

**REQUEST FOR JUDICIAL NOTICE**

## I. INTRODUCTION

Pursuant to Federal Rule of Evidence 201, Defendant Samba TV, Inc. ("Samba") hereby respectfully requests that the Court take judicial notice of the following documents in consideration of Samba's concurrently filed Motion to Dismiss Plaintiffs' Complaint, pursuant to Fed. R. Civ. Pro. 12(b)(1) and 12(b)(6):

1. California Assembly Bill No. 929, California 2015-2016 Regular Session, attached as **Exhibit 1** to the accompanying Declaration of Matthew E. Lewitz ("Lewitz Decl."); and
2. Senate Committee on Public Safety Analysis of California Assembly Bill No. 929, California 2015-2016 Regular Session, attached as **Exhibit 2** to the accompanying Lewitz Decl.

## I. THE COURT MAY TAKE JUDICIAL NOTICE OF CALIFORNIA LEGISLATIVE HISTORY

Federal Rule of Evidence 201 permits the Court to take judicial notice of facts "not subject to reasonable dispute," either because they are generally known within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201. When adjudicating a motion to dismiss, courts may consider matters of public record that are subject to judicial notice without converting the motion into one for summary judgment. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018).

As a general matter, "[p]roper subjects of judicial notice when ruling on a motion to dismiss include legislative history reports … and publicly accessible websites." *Perkins v. LinkedIn Corp.*, 53 F.Supp.3d 1222, 1241 (N.D. Cal. 2014); *see also Cal. Pac. Reg'l Med. Ctr. v. Global Excel Mgmt, Inc.*, No. 13-CV-00540 NC, 2013 WL 2436602, at *2 (N.D. Cal. June 4, 2014) ("Judicial notice of the legislative history of state statutes is appropriate under Federal Rule of Evidence 201."). As relevant here, California Assembly Bills are "public legislative

documents" that are subject to judicial notice. *Hoffman v. Life Ins. Co. of the Southwest*, 740 F.Supp.3d 918, 924 (N.D. Cal. 2024) (granting request for judicial notice); *NetChoice, LLC v. Bonta*, No. 22-CV-08861-BLF, 2025 WL 807961, at *28 (N.D. Cal. Mar. 13, 2025) (granting request for judicial notice of legislative history ).

California Assembly Bill No. 929 and the California Senate Committee on Public Safety Analysis of California Assembly Bill No. 929 are properly the subject of judicial notice as they are public legislative documents that are not subject to reasonable dispute because they are generally known within the Court's jurisdiction and can be accurately and readily determined from unquestioned sources. Fed. R. Evid. 201(b). Further these legislative documents are relevant to adjudication of Plaintiffs' fifth cause of action under the California Invasion of Privacy Act's trap and trace statute.

## II. CONCLUSION

For the foregoing reasons, Samba respectfully request that the Court take judicial notice of (1) California Assembly Bill No. 929, and (2) the California Senate Committee on Public Safety Analysis of California Assembly Bill No. 929, attached as Exhibits 1-2, respectively, to the accompanying Declaration of Matthew E. Lewitz.

Dated: August 1, 2025

COZEN O'CONNOR

By: *<u>/s/ Matthew E. Lewitz</u>*
Matthew E. Lewitz
Brett N. Taylor
Gianna Puccinelli
Attorneys for Defendant Samba TV, Inc.

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

**DECLARATION OF MATTHEW E. LEWITZ**

I, Matthew E. Lewitz, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and in the United States District Court for the Northern District of California. I am a member of Cozen O'Connor, attorneys for Defendant Samba TV, Inc. ("Samba"). I have personal knowledge of the matters stated below. If called as a witness, I could and would competently testify thereto.

2. I make this Declaration in support of Samba's Request for Judicial Notice in Support of Samba's Motion to Dismiss Plaintiffs' Complaint.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the California Assembly Bill No. 929, California 2015-2016 Regular Session, which I caused to be obtained from https://leginfo.legislature.ca.gov/faces /billNavClient.xhtml?bill_id=201520160AB929 on July 31, 2025.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Senate Committee on Public Safety Analysis of California Assembly Bill No. 929, California 2015-2016 Regular Session, which I caused to be obtained from https://spsf.senate.ca.gov/sites/spsf.senate.ca. gov/files/ab_929.pdf on July 31, 2025.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Executed on August 1, 2025 at Santa Monica, California.

_*/s/ Matthew E. Lewitz*_
Matthew E. Lewitz