UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILIP MCDONALD, STEVE DELLASALA, BOB WARDEN, and VINCE TOPHONEY, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

SAMBA TV, INC.,

Defendant.

Case No.: 3:25-cv-03470-JSC

Hon. Jacqueline Scott Corley

**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Date: October 9, 2025
Time: 10:00 a.m.
Courtroom: 8
Judge: Hon. Jacqueline Scott Corley

Complaint Filed: April 18, 2025

[Filed Concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; Request for Judicial Notice; Declaration of Emanuele Mazzoni; Declaration of Chi-Feng (Fynn) Chen; Declaration of Tony Tseng]

**[PROPOSED] ORDER**

Defendant Samba TV, Inc.'s ("Samba") Motion to Dismiss Plaintiffs' Complaint (the "Motion"), came under submission before this Court on October 9, 2025. All parties were represented by counsel.

Having considered Defendants' Motion, all papers, evidence, and argument in support, opposition and reply thereof, the arguments of counsel, having reviewed the briefing and records on file, and for good cause shown, the Court finds, rules, and adjudges as follows:

1. IT IS HEREBY ORDERED that Samba's Motion is granted; and

2. Plaintiffs' Complaint is HEREBY DISMISSED IN ITS ENTIRETY WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated:

______________________________
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE