UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEVE DELLASALA, et al., | Case No. 25-cv-03470-JSC |
| Plaintiffs, | |
| v. | **PRETRIAL ORDER NO. 1: CASE SCHEDULE THROUGH CLASS CERTIFICATION MOTION** |
| SAMBA TV, INC., | |
| Defendant. | |

Following the further case management conference held on June 24, 2026, the Court ORDERS the following schedule:

- Defendant's Summary Judgment Motion on Consent:     December 15, 2026
- Plaintiffs' Summary Judgment Opposition:     January 29, 2027
- Defendant's Summary Judgment Reply:     February 19, 2027
- Summary Judgment Hearing:     March 4, 2027
- Substantial Completion Fact Discovery:     July 29, 2027
- Close of Fact Discovery:     September 23, 2027
- Opening Expert Reports:     October 26, 2027
- Rebuttal Expert Reports:     December 8, 2027
- Close of Expert Discovery:     January 20, 2028
- Class Certification Motion:     January 27, 2028
- Class Certification Opposition:     February 29, 2028
- Class Certification Reply:     March 13, 2028
- Class Certification Hearing:     April 6, 2028

United States District Court
Northern District of California

The Court will hold a further case management conference on September 30, 2026 at 2:00 p.m. via Zoom video.  An updated joint case management conference statement is due one week in advance.  The Court will be particularly interested on the status of discovery.

**IT IS SO ORDERED.**

Dated: June 24, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge