UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE DELLASALA, et al.,

          Plaintiffs,

    v.

SAMBA TV, INC.,

          Defendant.

Case No.  3:25-cv-03470-JSC

**ORDER RE: DISCOVERY LETTER BRIEF**

Re: Dkt. No. 88

The parties' joint discovery letter brief regarding the relevant time period for discovery is now pending before the Court.  (Dkt. No. 88.)  The Court finds the matter suitable for disposition without a hearing.  *See* N.D. Cal. Civ. L.R. 7-1(b).  Given at least one named Plaintiff purchased their Samba in 2015, allowing discovery back to 2014 is relevant and proportional to the needs of the case.  *See* Fed. R. Civ. Pro. 26(b)(1).

This Order disposes of Docket No. 88.

**IT IS SO ORDERED.**

Dated: July 16, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California