UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOB WARDEN, et al.,

          Plaintiffs,

   v.

SAMBA TV, INC.,

          Defendant.

Case No.  25-cv-03470-JSC

**ORDER RE: DISCOVERY DISPUTE JOINT LETTER**

Re: Dkt. No. 91

Pending before the Court is a discovery dispute joint letter regarding Plaintiffs' demand for discovery regarding televisions, other than Sony, that contained Samba's technology.  The Court agrees with Plaintiffs the sought-after discovery is relevant to class certification and thus should be produced.  But, given the named Plaintiffs' consent issue will be resolved long before Plaintiffs' class certification motion is due (Dkt. No. 82), Defendant need not produce the requested discovery until after the early summary judgment motion is resolved.

This Order disposes of Docket No. 91.

**IT IS SO ORDERED.**

Dated: July 29, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge