UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

BOB WARDEN, et al.,
Plaintiffs,
v.
SAMBA TV, INC.,
Defendant.

Case No. 3:25-cv-03470-JSC

**ORDER FOLLOWING OCTOBER 14, 2026 CASE MANAGEMENT CONFERENCE**

This Order confirms the matters discussed during the October 14, 2026 case management conference.

The parties are ordered to meet and confer via videoconference today, October 14, 2026, regarding the disputes set forth in the joint case management conference statement (Dkt. No. 104) and any other outstanding issues. The parties shall file a joint statement by noon PST on October 19, 2026 indicating whether they have reached an agreement on all issues. If they have not, the Court will hold a further case management conference at 9:00 a.m., October 21, 2026 in Courtroom 8, 450 Golden Gate Ave., San Francisco, California, at which lead counsel must appear in person. Ms. Fiorilla may appear via Zoom, but additional Plaintiffs' counsel with authority to resolve discovery disputes must appear in person. Once the Court calls the case, the Court will send the parties to the Attorney Lounge to meet and confer in person regarding all remaining disputes. Counsel should clear their calendar for the day, if necessary.

Plaintiffs' motion for voluntary dismissal of the claims of Plaintiffs Bob Warden, Duane Ledward, Derek Schuette, individually and as guardian of K.S., a minor, and David Goodrich is denied without prejudice for the reasons stated on the record. (Dkt. No. 106.) The Court will

take the remainder of the motion seeking to add additional named plaintiffs under submission after the filing of the reply. *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: October 14, 2026

JACQUELINE SCOTT CORLEY
United States District Judge